**SIGNED.**

Dated: September 21, 2007



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TURNER-DUNN HOMES, INC., and others,<br><br>                       Debtors.<br><br>BCI BEBOUT CONCRETE, INC.,<br><br>                       Plaintiff,<br><br>vs.<br><br>TURNER-DUNN HOMES, INC., et al., and John Does 1-10,<br><br>                       Defendants.<br><br>ROBERT P. ABELE, Chapter 11 Trustee,<br><br>                       Third-Party Plaintiff,<br><br>vs.<br><br>SONORAN CONCRETE, LLC, an Arizona limited liability company; GALE CONTRACTOR SERVICES, a Florida corporation; CHAS ROBERTS AIR CONDITIONING, INC., an Arizona corporation; DEL MARTENSON DEVELOPMENT CORP., an Arizona corporation; TRUSSWAY, INC. WEST, an Arizona corporation; TRIPLE S FENCE CO., an Arizona corporation; RIGGS PLUMBING, LLC, an Arizona limited liability company; ALLIANCE LUMBER, LLC, an Arizona limited liability company; KAY CONSTRUCTION, INC., an Arizona corporation, PEAK CONSTRUCTION, INC., an Arizona corporation; DIVERSIFIED ROOFING CORP., an Arizona corporation; INTEGRATED STUCCO, INC., an Arizona corporation; MITCHELL ELECTRIC CO., INC., an Arizona corporation; A COMPANY PORTABLE RESTROOMS INC., an | Chapter 11<br><br>Case No. 4-06-bk-00961-JMM<br><br>(Jointly Administered With Case Nos.: 4-06-bk-00962-JMM; 4-06-bk-00963-JMM; 4-06-bk-00964-JMM; 4-06-bk-00965-JMM)<br><br>Adversary No. 4-06-ap-00106-JMM<br><br>**MEMORANDUM DECISION RE:**<br><br>**RDC CONSTRUCTION, INC.'S**<br><br>**MOTION FOR STAY PENDING**<br><br>**APPEAL** |

| | |
|---|---|
| 1 | Idaho corporation; JORDAN COMPANY; PACIFIC )<br>POOLS AND SPAS, LLC, an Arizona limited )|
| 2 | liability company; MARICOPA MEADOWS )<br>HOMEOWNERS ASSOCIATION, an Arizona )|
| 3 | corporation; SANDVICK EQUIPMENT & )<br>SUPPLY CO.; ESCO ELECTRIC WHOLESALE, )|
| 4 | INC.; RDC CONSTRUCTION, INC., an Arizona )<br>corporation; DAYSPRING DEVELOPMENT, INC., )|
| 5 | an Arizona corporation; OUTDOOR )<br>ENVIRONMENTAL SYSTEMS, INC aka OES, )|
| 6 | INC. dba RAINDANCE SYSTEMS, an Arizona )<br>corporation; OHIO SAVINGS BANK, a federal )|
| 7 | savings bank; WRI INVESTMENTS III, LLC, a )<br>Washington limited liability company; ANY )|
| 8 | UNKNOWN PARTIES IN POSSESSION; )<br>UNKNOWN HEIRS AND DEVISEES OF ANY OF )|
| 9 | THE FOREGOING WHO ARE DECEASED; and )<br>ABC ENTITIES 1-100, )|
| 10 | )<br>            Third- Party Defendants.             |

Before the court is RDC Construction, Inc.'s ("RDC") motion for stay pending appeal of this court's judgment. The judgment was entered on or about September 10, 2007, and timely appealed.

In order for this court to grant such a stay, it must abide by FED. R. BANKR. P. 8005. It also follows the four standards enunciated in *In re Wymer*, 5 B.R. 802 (9th Cir. BAP 1980). Those standards are:

(1) Appellant is likely to succeed on the merits of the cross-appeal;

(2) There will be irreparable injury suffered if no stay is granted;

(3) the cross-appellee will not suffer substantial harm because of the stay; and

(4) The public interest will not be harmed by reason of the stay.

*Id.*

Relative to the first issue, the motion fails to address the error or errors inherent in this court's decision, and/or how the court misapprehended the facts, or misconstrued the law. To date, RDC has not yet filed its statement of issues on appeal, which would more precisely focus the court on this element. *See* FED. R. BANKR. P. 8006. At oral argument, counsel for RDC appeared to maintain that the court failed to consider certain evidence, or did not weigh it properly, resulting in some type of accounting error. This argument was unpersuasive. Thus, RDC failed to meet the first *Wymer* element.

1       Second, the court is unaware of any irreparable damage that might be suffered by RDC. The issue in the case was not which creditor enjoyed the senior lien position, but whether RDC was able to prove entitlement to proceeds of its collateral ahead of Ohio Savings Bank ("OSB"), and if so, in what amount. If this court is reversed on appeal, RDC may simply follow the disbursements and seek a recovery. This does not constitute an irreparable harm. Thus, RDC failed to satisfy this second element.

      Third, OSB will probably not suffer substantial harm, so this element favors RDC.

      Fourth, this "public interest" element is not applicable.

      Accordingly, the court will rule that RDC failed to satisfy two of the three applicable *Wymer* issues, and is therefore not entitled to a stay pending appeal.

      A separate order will be entered. FED. R. BANKR. P. 9021.

      DATED AND SIGNED ABOVE.

COPIES served as indicated below on the
date signed above:

| | |
|---|---|
| Adam B. Nach, Allison M. Lauritson and Lisa Banen<br>Lane & Nach, P.C.<br>2025 N. Third St., #157<br>Phoenix, AZ 85004<br>Email: adam.nach@azbar.org<br>Email: allison.lauritson@lane-nach.com<br>Email: lisa.banen@lane-nach.com<br>Attorneys for A Company Portable Restrooms | Daniel P. Collins and Margaret A. Gillespie<br>Collins, May, Potenza, Baran & Gillespie<br>2210 Chase Tower, 201 N. Central Ave.<br>Phoenix, AZ 85004-0022<br>Email: dcollins@cmpbglaw.com<br>Email: mgillespie@cmpbglaw.com<br>Attorneys for Robert P. Abele, Trustee |
| William J. Simon<br>Tiffany & Bosco<br>2525 E Camelback Rd., #300<br>Phoenix, AZ 85016-4237<br>Email: jal@tblaw.com<br>Attorneys for Alliance Lumber and Kay Construction | Don C. Fletcher<br>The Cavanagh Law Firm<br>1850 N. Central Ave., #2400<br>Phoenix, AZ 85004<br>Email: dfletcher@cavanaghlaw.com<br>Attorneys for Plaintiff BCI Bebout Concrete |
| James F. Wees<br>Wees Law Firm<br>2600 N. Central Ave., # 635<br>Phoenix, AZ 85004<br>Email: james@weeslawfirm.com<br>Attorneys for Chas Roberts Air Conditioning | Carolyn J. Johnsen<br>Jennings, Strouss & Salmon, P.L.C.<br>The Collier Center, 11th Floor<br>201 E. Washington St.<br>Phoenix, AZ 85004-2385<br>Email: cjjohnsen@jsslaw.com<br>Attorneys for Del Martenson Development |

| | |
|---|---|
| Michael C. Zukowski and Ernest Collins, Jr.<br>Beaugureau, Zukowski & Hancock, P.C.<br>2111 E. Highland Ave., #255<br>Phoenix, AZ 85016<br>Email: mzukowski@bzhlaw.com<br>Email: ecollins@bzhlaw.com<br>Attorneys for Diversified Roofing | Rodger A. Golston<br>Golston Keister & Steen, P.C.<br>4500 S. Lakeshore Dr., #570<br>Tempe, AZ 85282-7057<br>Email: rag@gkshlaw.com<br>Attorneys for Gale Contractor Services |
| William Novotny and Robert A. Shull<br>Mariscal, Weeks, McIntyre & Friedlander<br>2901 N. Central Ave., #200<br>Phoenix, AZ 85012-2705<br>Email: william.novotny@mwmf.com<br>Email: rob.shull@mwmf.com<br>Attorneys for Integrated Stucco | John D. Parker, II<br>Parker Law Firm, PLC<br>141 E. Palm Ln., #111<br>Phoenix, AZ 85004<br>Email: jparker@ptlaw.net<br>Attorneys for Jordan Company |
| James H. Hazlewood<br>Carpenter, Hazlewood, Delgado & Wood PLC<br>1400 E. Southern Ave., #640<br>Tempe, AZ 85282<br>Email james.hazlewood@carpenterhazlewood.com<br>Attorneys for Maricopa Meadows Homeowners Association | Robert P. Harris<br>Quarles & Brady LLP<br>Two N. Central Ave., #200<br>Phoenix, AZ 85004<br>Email: rharris@quarles.com<br>Attorneys for Mitchell Electric |
| Joshua W. Wolfshohl<br>Porter & Hedges LLP<br>1000 Main St., 36th Floor<br>Houston, TX 77002<br>Email: jwolfshohl@porterhedges.com<br>Attorneys for Mitchell Electric | Howard C. Meyers<br>Burch & Cracchiolo, P.A.<br>702 E. Osborn, #200<br>Phoenix, AZ 85014<br>Email: hmeyers@bcattorneys.com<br>Attorneys for New Century Holdings |
| Gregory P. Gillis<br>Jaburg & Wilk PC<br>14500 N. Northsight Blvd.., #116<br>Scottsdale, AZ 85260<br>Email: gpg@jaburgwilk.com<br>Attorneys for Pacific Pools and Spas | Steven M. Cox<br>Waterfall Economidis Caldwell Hanshaw & Villamana, P.C.<br>5210 E. Williams Cir., #800<br>Tucson, AZ 85711<br>Email smcox@wechv.com<br>Attorneys for RDC Construction |
| Christopher J. Berry<br>Berry and Associates<br>101 N. First Ave., #1800<br>Phoenix, AZ 85003<br>Email: cberry@berryandassoc.com<br>Attorneys for Riggs Plumbing | |
| Ryan Christopher Skiver<br>Britt Law Group PC<br>2525 E. Camelback Rd., #900<br>Phoenix, AZ 85016<br>Email: rskiver@brittlawgroup.com<br>Attorneys for Triple S Fence Co. | Gary V. Ringler<br>7303 W. Boston St.<br>Chandler, AZ 85226<br>Email: garyvringler@earthlink.net<br>Attorneys for Trussway, Inc. West |

SIGNED

| | |
|---|---|
| Steve A. McQueen<br>Pagel, Davis & Hill, P.C.<br>1415 Louisiana, 22nd Floor<br>Houston, TX 77002<br>Email: dam@pdhlaw.com<br>Attorneys for Trussway, Inc. West | Ari Ramras<br>Ramras Law Office, P.C.<br>5060 N. 40th St., #103<br>Phoenix, AZ 85018<br>Email ari@ramraslaw.com<br>Attorneys for WRI Investments and Ohio Savings Bank |
| Joseph E. Cotterman and Jaclyn D. Malka<br>Gallagher & Kennedy, P.A.<br>2575 E. Camelback Rd.<br>Phoenix, AZ 85016-9225<br>Email: jec@gknet.com<br>Email jaclyn.malka@gknet.com<br>Attorneys for WRI Investments, Ohio Savings Bank | Scott B. Cohen<br>Sacks Tierney P.A.<br>4250 N. Drinkwater Blvd., 4th Flr.<br>Scottsdale, AZ 85251<br>Email: Scott.Cohen@SacksTierney.com<br>Attorneys for WRI Investments III |
| Kevin J. Blakley<br>Gammage & Burnham, P.L.C.<br>Two N. Central Ave., 18th Floor<br>Phoenix, AZ 85004<br>Email: kblakley@gblaw.com<br>Attorneys for Ohio Savings Bank | Office of the United States Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706<br>U.S. Mail |

By /s/ M. B. Thompson
    Judicial Assistant

SIGNED